HAWORTH *v.* THE STATE.

APPEAL from the *Howard* Court of Common Pleas.

*Per Curiam.*—This was a prosecution for retailing spirituous liquors, under the statute of 1853. Motion to quash the information overruled, and verdict and judgment against the defendant.

For reasons given in the case of *Meshmeier* v. *The State*, 11 Ind. R. 482, the judgment is reversed.

The judgment is reversed with costs. Cause remanded, &c.

*H. A. Brouse* and *R. Vaile*, for the appellant.

*J. E. McDonald*, Attorney General, and *A. L. Roache*, for the state.